UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2013 APR 30 P 3:10
U.S. DISTRICT COURT
BRIDGEPORT CONN

**VERNON J. LEFTRIDGE, JR.,**

*Plaintiff,*  : CASE No. 3:12-CV-1680(WWE)

v.

**AFSCME, ET AL.**

*Defendants.*  DATE: APRIL 29, 2013

### PLAINTIFFS NOTICE OF APPEAL

Pursuant to any and all Federal Rules of Civil Procedure, I, the *in forma pauperis* ("IFP") *status* plaintiff *pro se* Vernon J. Leftridge, Jr. (hereinafter "Plaintiff") submits his NOTICE OF APPEAL the above case caption action to the 2nd Circuit Court of Appeals. Plaintiff is challenging the court decision to close the case in lieu of staying case. All status conference transcripts are necessary for this appeal.

WHEREFORE, for the above-stated reasons, plaintiff files this notice of appeal to the United States Court of Appeals for the Thurgood Marshall U.S. Second Circuit Court of Appeals. Plaintiff separately respectfully moves the Court to prepare all recorded transcripts and promptly order all status conference transcripts and provide a complete and accurate docketing sheet record for proper preparation to the 2nd Circuit in accordance with the Courts operation policies and Federal Rules and Civil Procedures.

Dated: April 29, 2013

Respectfully submitted,

AFRO AMERICAN PRO SE PLAINTIFF

VERNON J. LEFTRIDGE, JR.

## VERIFICATION AND CERTIFICATE OF SERVICE

Even through the following attorneys that have defended the defendants before the U.S. Department of Justice Equal Employment Opportunities Commission ("EEOC") and participated in the above action status conferences; I, thereby and hereby certified that the forgoing was not served upon the Connecticut Attorney General George Jepson, Connecticut Department of Labor Jennifer Devine, AFSCME Attorney J. William Gagne and Assistant Connecticut Attorney General Maria Rodriguez because of their lack of appearances and failures to file an attorney appearance in light that they all have participated in the status conference and received notices of the above case federal action.

Dated: April 29, 2013

Respectfully submitted,

AFRO AMERICAN PRO SE PLAINTIFF

*/s/ Vernon Leftridge*

VERNON J. LEFTRIDGE, JR.
73 A. Congress Street
Hartford, CT 06114
Vernonleftridge.vl@gmail.com